UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY BROADUS                                    CIVIL ACTION

VERSUS                                           NO: 08-1201

CSX TRANSPORTATION, INC.                         SECTION: R(4)

## ORDER AND REASONS

Before the Court is defendant CSX Transportation, Inc.'s ("CSXT") motion to quash plaintiff's trial subpoenas served on two CSXT employees who live outside the State of Louisiana, Steve Miskimmens and J.B. Loper. The two subpoenas commanded Mr. Miskimmens and Mr. Loper to appear and to give testimony in the trial on this matter. (R. Doc. 47-2). Defendant argues that plaintiff served the two subpoenas outside the delineated geographical limits for service of trial subpoenas set forth in Federal Rule of Civil Procedure 45(b)(2). *See* Fed. R. Civ. P. 45(b)(2)(B) (defining the place where a subpoena may be served as within 100 miles of the trial location). This Court has

previously addressed this issue and held that Fed. R. Civ. P. 45(b)(2) did not expand the territorial scope of the Court's jurisdiction. *See Johnson v. Big Lots Stores, Inc.,* 251 F.R.D. 213, 214 (E.D.La. 2008).

The trial in this matter was initially scheduled for April 27, 2009. (R. Doc. 14). This Court issued an order continuing the trial prior to its commencement. (R. Doc. 72). As a result, it is not necessary for Mr. Miskimmens and Mr. Loper to appear before this Court on April 27, 2009. For the foregoing reasons, this Court GRANTS defendant's motion to quash the trial subpoenas issued.

New Orleans, Louisiana, this 2nd day of July, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE